

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00238-CR

_____

MILFORD KAMARA, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 4
Denton County, Texas
Trial Court No. CR-2022-02299-D

Before Sudderth, C.J.; Wallach and Walker, JJ.
Memorandum Opinion by Justice Wallach

## MEMORANDUM OPINION

After the appointed attorney for Appellant Milford Kamara failed to file a brief, we abated this appeal for a hearing in the trial court to determine whether Appellant wanted to proceed with this appeal. *See Tinsley v. State*, No. 02-19-00350-CR, 2020 WL 1646748, at *1 (Tex. App.—Fort Worth Apr. 2, 2020, no pet.) (mem. op., not designated for publication). At the hearing, Appellant stated that he no longer wished to pursue his appeal. After we received the abatement hearing record, we reinstated this appeal.

Appellant has not moved to dismiss his appeal under Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). However, he has stated on the record that he no longer wishes to pursue his appeal. Based on the record before us, we hold that good cause exists to suspend Rule 42.2(a) in this case, and we dismiss this appeal. *See* Tex. R. App. P. 2; *Detwiler v. State*, No. 02-18-00457-CR, 2019 WL 984179, at *1 (Tex. App.—Fort Worth Feb. 28, 2019, no pet.) (mem. op., not designated for publication); *Lawson v. State*, No. 2-06-204-CR, 2007 WL 495165, at *1 (Tex. App.—Fort Worth Feb. 15, 2007, no pet.) (per curiam) (mem. op. and jdmt, not designated for publication).

/s/ Mike Wallach
Mike Wallach
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  September 21, 2023